1  Irving L. Berg (State Bar No. 36273)
   THE BERG GROUP
2  433 Town Center, No. 493
   Corte Madera, California 94925
3  Telephone: (415) 924-0742
   Facsimile: (415) 891-8208
4
5  Attorneys for Plaintiff Claudia Fabiani

6  David L. Aronoff (State Bar No. 152606)
   Gayle I. Jenkins (State Bar No. 168962)
7  Scott Pomerantz (State Bar No. 214328)
   THELEN REID & PRIEST LLP
8  333 South Hope Street, Suite 2900
   Los Angeles, CA 90071-3048
9  Telephone: 213.576.8000
   Facsimile: 213.576.8080
10
11 Attorneys for Defendant Oreck Corporation

12
13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15              SAN FRANCISCO DIVISION
16
17 CLAUDIA FABIANI, an individual on behalf    Case No.: C 05 02140 JCS
   of herself and all others similarly situated,
18                                              STIPULATION TO EXTEND TIME FOR
                    Plaintiff,                  ORECK CORPORATION TO RESPOND
19                                              TO COMPLAINT
20     v.
21 ORECK CORPORATION,
22                  Defendant.
23
24
25                                      (a)
26     Pursuant to Northern District Local Rule 6-1, the undersigned attorneys for the Plaintiff,
27 Claudia Fabiani, and Defendant, Oreck Corporation, hereby stipulate to extend the
28 ///

THELEN REID    LA #362771 v1              -1-
& PRIEST LLP
ATTORNEYS AT LAW     STIPULATION TO EXTEND TIME FOR ORECK CORPORATION TO RESPOND TO COMPLAINT

Jun 14 05 01:58p      Berg Law Group    891 8208       (415)891 8208       p.3
Jun-14-2005  11:34am   From-THELEN REID & PRIEST.LLP    +2135768080    T-810  P 004/004  F-528

Case 3:05-cv-02140-JSW   Document 8   Filed 06/16/05   Page 2 of 2

1  time for Oreck Corporation to respond to the Complaint of Plaintiff Claudia Fabiani, up to and
2  including July 15, 2005.

4  Dated: June 14, 2005                    THE BERG LAW GROUP

6                                          By _____
7                                               IRVING BERG
                                                Attorneys for Plaintiff
8                                               CLAUDIA FABIANI

12 Dated: June 14, 2005                    THELEN REID & PRIEST LLP

14                                         By _____
                                                SCOTT POMERANTZ
15                                              Attorneys for Defendant
                                                ORECK CORPORATION

18 Dated: June 16, 2005

**GRANTED**

Magistrate Judge Joseph C. Spero

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA