**FILED**
JUL 1 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
05 JUN 29 PM 12:51

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA FABIANI, an individual on behalf of herself and all others similarly Plaintiff(s),

v.

ORECK CORPORATION, a Delaware Corporation,

Defendant(s).

CASE NO. C 05 02140

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Frederick W. Bradley _____, an active member in good standing of the bar of Louisiana _____, whose business address and telephone number is _____ 1100 Podras Street, Suite 1440 New Orleans, LA 70163; (504) 525-8001 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Oreck Corporation _____.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/13/05

Joseph C. Spero
United States Magistrate Judge