IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA FABIANI,

    Plaintiff,

v.

ORECK CORPORATION,

    Defendant.

No. C 05-02140 JSW

**ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE**

IT IS ORDERED that Plaintiff's motion for class certification in the above captioned matter currently noticed for hearing on September 30, 2005 is HEREBY CONTINUED to December 23, 2005 at 9:00 a.m. The Court FURTHER ORDERS that any opposition to this motion shall be due on September 2, 2005, and movant's reply, if any, shall be due on September 9, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 17, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE