**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA FABIANI,

    Plaintiff,

  v.

ORECK CORPORATION,

    Defendant.
                                /

No. C 05-02140 JSW

**ORDER SETTING BRIEFING SCHEDULE**

      This matter is set for hearing on January 6, 2006, on Plaintiff's motion for leave to file a first amended complaint. The Court HEREBY ORDERS that Defendant's opposition shall be due on September 7, 2005, and Plaintiff's reply, if any, shall be due on September 14, 2005.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: August 22, 2005

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE