| | |
|---|---|
| 1 | Irving L. Berg (SBN 36273) |
| | THE BERG LAW GROUP |
| 2 | 433 Town Center, No. 493 |
| | Corte Madera, California 94925 |
| 3 | (415) 924-0742 |
| | (415) 891-8208 (Facsimile) |
| 4 | irvberg@comcast.net (Email) |
| 5 | ATTORNEY FOR PLAINTIFF |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CLAUDIA FABIANI, on behalf of herself and all others similarly situated, | ) | Case No.: C 05-2140 JSW |
| | ) | **STIPULATION RE FIRST AMENDED COMPLAINT AND TIME FOR RESPONSE TO MOTION FOR CLASS CERTIFICATION** |
| Plaintiff, | ) | |
| v. | ) | |
| ORECK CORPORATION, | ) | |
| Defendant. | ) | |
| _____ | / | |

**STIPULATION RE FIRST AMENDED COMPLAINT AND TIME FOR RESPONSE TO MOTION FOR CLASS CERTIFICATION**

Pursuant to Rule 15(a) of the FRCP, Defendant Oreck Corporation consents to Plaintiff's filing her First Amended Complaint (Doc. #25 ). Defendant's response shall be due ten (10) days hereafter.

Pursuant to Civil L.R. 7-12, the parties stipulate that Defendant's opposition to Plaintiff's Motion for Class Certification shall be served and filed no later than December 2, 2005; Plaintiff's reply shall be served and filed no later than December 9, 2005.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION RE FIRST AMENDED COMPLAINT AND
TIME FOR RESPONSE TO MOTION FOR CLASS CERTIFICATION          CASE NO.: C 05-2140 JSW

|   |   |   |
|---|---|---|
| 1 | | THE BERG LAW GROUP |
| 2 | | |
| 3 | DATED: August 29, 2005 | by: /s/ Irving L. Berg |
|   | | Irving L. Berg |
| 4 | | |
| 5 | | THELEN REID & PRIEST LLP |
| 6 | DATED: August 30, 2005 | by: /s/ Gayle L. Jenkins |
|   | | Gayle L Jenkins |

7  The Court GRANTS the parties' stipulation regarding filing an amended complaint and DENIES the stipulation regarding modifying the Court's briefing schedule without predjudice to the parties filing a further stipulation demonstrating good cause.

8  IT IS SO ORDERED.

10 DATED: August 30, 2005

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
United States District Court
by Hon. Phyllis J. Hamilton

---

STIPULATION RE FIRST AMENDED COMPLAINT AND
TIME FOR RESPONSE TO MOTION FOR CLASS CERTIFICATION          CASE NO.: C 05-2140 JSW