DAVID L. ARONOFF, CA BAR NO. 152606
GAYLE I. JENKINS, CA BAR NO. 168962
SCOTT POMERANTZ, CA BAR NO. 214328
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071-3048
Telephone: 213.576.8000; Facsimile: 213.576.8080

FREDERICK W. BRADLEY, LA BAR NO. 3374 (*pro hac vice*)
ORECK, BRADLEY, CRIGHTON, ADAMS & CHASE
1100 Poydras Street, Suite 1440
New Orleans, LA 70163
Telephone: 504.525.8001; Facsimile: 504.525.8018

Attorneys for Defendant,
ORECK CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA FABIANI, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORECK CORPORATION,<br><br>Defendant. | Case No.: C 05 02140 JCS<br><br>**AMENDED STIPULATION RE TIME FOR RESPONSE TO MOTION FOR CLASS CERTIFICATION** |

### AMENDED STIPULATION RE TIME FOR RESPONSE TO MOTION FOR CLASS CERTIFICATION

Pursuant to Civil L.R. 7-12, the parties hereby stipulate that Defendant's Opposition to Plaintiff's Motion for Class Certification shall be served and filed no later than December 2, 2005; Plaintiff's reply shall be served and filed no later than December 9, 2005.

Good cause exists for extending the briefing deadlines on Plaintiff's Motion for Class Certification. The parties desire to mediate these matters under this Court's ADR program. In the interest of judicial economy and preserving the resources of both parties, the briefing of Plaintiff's

1  Motion should be extended to the dates agreed upon by the parties so that they may have the
2  opportunity to fully explore the prospects of early settlement of this matter.
3
4  Dated: August 31, 2005   Respectfully submitted,

   THELEN REID & PRIEST LLP
   David L. Aronoff
   Gayle I. Jenkins
   Scott Pomerantz

   ORECK, BRADLEY, CRIGHTON, ADAMS & CHASE
   Frederick W. Bradley


   By_____/s/ Scott Pomerantz_____
   SCOTT POMERANTZ
   Attorneys for Defendant
   ORECK CORPORATION

14 Dated: August 31, 2005   Respectfully submitted,

   THE BERG LAW GROUP



   By_____/s/ Irving L. Berg_____
   IRVING L. BERG
   Attorneys for Plaintiff
   CLAUDIA FABIANI


   IT IS SO ORDERED.


   Dated: September 1, 2005   By___[signature: Jeffrey S. White]___
   JEFFREY S. WHITE
   United States District Court
   by Hon. Phyllis J. Hamilton