Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
433 Town Center, No. 433
Corte Madera, CA 94925
(415) 924-0742
(415) 891-8208 (Facsimile)
irvberg@comcast.net (Email)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDIA FABIANI, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORECK CORPORATION,<br><br>Defendant.<br>_____ / | Case No.: C 05- 02140 JSW<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER**<br><br>**Judge:** Honorable Jeffrey S White |

**[PROPOSED] STIPULATED PROTECTIVE ORDER**

Pursuant to Stipulation the Protective Order filed concurrently is made the Order of the Court.

Dated: October 12, 2005

_____
United States District Judge

[PROPOSED] STIPULATED PROTECTIVE ORDER
C 05-02140 JSW

1