DAVID L. ARONOFF, CA BAR NO. 152606
GAYLE I. JENKINS, CA BAR NO. 168962
SCOTT POMERANTZ, CA BAR NO. 214328
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071-3048
Telephone: 213.576.8000
Facsimile: 213.576.8080

FREDERICK W. BRADLEY, LA BAR NO. 3374 (admitted *pro hac vice*)
ORECK, BRADLEY, CRIGHTON, ADAMS & CHASE
1100 Poydras Street, Suite 1440
New Orleans, LA 70163
Telephone: 504.525.8001
Facsimile: 504.525.8018

Attorneys for Defendant,
ORECK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA FABIANI, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORECK CORPORATION,<br><br>Defendant. | Case No.: C 05 02140 JSW<br><br>**[PROPOSED]** ORDER ~~GRANTING~~ DENYING ADMINISTRATIVE MOTION TO SHORTEN TIME ON HEARING ON JOINT MOTION CERTIFYING SETTLEMENT CLASS, APPROVING SETTLEMENT ON A PRELIMINARY BASIS, AND APPROVING FORM AND METHOD OF MAILING NOTICE TO CLASS MEMBERS |

This matter came to be heard on the parties' Administrative Motion for an Order Shortening Time for hearing on their Joint Motion for an Order certifying the class, approving settlement on a preliminary basis and approving form and method of mailing notice to class members. The Court has considered the joint Administrative Motion, and ~~good cause being shown therefore,~~

---

**IT IS HEREBY ORDERED THAT** the Administrative Motion to Shorten Time is DENIED. It is Further ORDERED that ~~granted. The hearing on Joint Motion for an Order certifying the class, approving settlement on a preliminary basis and approving form and method of mailing notice to class members is set for December 23, 2005 at 9:00 a.m.~~ Plaintiff Fabiani's Motion for Class Certification, previously set for hearing on December 23, 2005, is vacated.

Dated: December 14, 2005

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE