IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA FABIANI,

    Plaintiff,

v.

ORECK CORPORATION,

    Defendant.
_____/

No. C 05-02140 JSW

**ORDER DENYING AS MOOT MOTION TO CERTIFY CLASS (Docket No. 19)**

On August 16, 2005, Plaintiff filed a motion for class certification. This matter has since settled, and a motion to certify a settlement class was filed on December 12, 2005. Accordingly, the Court HEREBY DENIES AS MOOT Plaintiff's August 16, 2005 motion for class certification.

**IT IS SO ORDERED.**

Dated: December 22, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE