IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA FABIANI,

    Plaintiff,

v.

ORECK CORPORATION,

    Defendant.

No. C 05-02140 JSW

**ORDER VACATING HEARING DATE**

The joint motion by the parties for settlement class certification and preliminary approval of class settlement is currently set for hearing on Friday, January 27, 2006 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for January 27, 2006 is VACATED.

**IT IS SO ORDERED.**

Dated: January 25, 2006

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE