DAVID L. ARONOFF, CA BAR NO. 152606
GAYLE I. JENKINS, CA BAR NO. 168962
SCOTT POMERANTZ, CA BAR NO. 214328
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071-3048
Telephone: 213.576.8000
Facsimile: 213.576.8080

FREDERICK W. BRADLEY, LA BAR NO. 3374 (admitted *pro hac vice*)
ORECK, BRADLEY, CRIGHTON, ADAMS & CHASE
1100 Poydras Street, Suite 1440
New Orleans, LA 70163
Telephone: 504.525.8001
Facsimile: 504.525.8018

Attorneys for Defendant,
ORECK CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA FABIANI, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORECK CORPORATION,<br><br>Defendant. | Case No.: C 05 02140 JSW<br><br>**[PROPOSED] ORDER CERTIFYING SETTLEMENT CLASS, APPROVING SETTLEMENT ON A PRELIMINARY BASIS, AND APPROVING FORM AND METHOD OF MAILING NOTICE TO CLASS MEMBERS** |

Upon consideration of the joint motion of the parties to approve a settlement class, approve the parties' settlement on a preliminary basis, and approve the form of notice and method of mailing same to the absent class members, the Court enters the following orders:

1. A class (the "Class") is provisionally certified for settlement purposes only, comprised of all California residents who, between May 15, 2004 and May 15, 2005, were mailed the allegedly offensive letter described in the plaintiff's complaint. The Court understands that

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

LA #380657 v1/037171-2    -1-    Case No.: C 05 02140 JSW
[PROPOSED] ORDER CERTIFYING SETTLEMENT CLASS, APPROVING SETTLEMENT ON A PRELIMINARY BASIS,
AND APPROVING FORM AND METHOD OF MAILING NOTICE TO CLASS MEMBERS

1. each such person can be identified from records in the possession of Oreck Corporation and that Oreck has a reasonably current mailing address for each such person.

2. The Court appoints Claudia Fabiani as representative of the class.

3. The Court appoints Irving L. Berg, Esq., as counsel to Fabiani and the Class ("Class Counsel").

4. The proposed settlement, as set forth in the Memorandum of Settlement and as described in the parties' joint motion, is preliminarily approved as fair, reasonable, and adequate, subject to a hearing for final approval.

5. A hearing ("Final Approval Hearing") is hereby set for ~~January~~ May 12, 2006, at 9 a.m., in Courtroom 2, United States Courthouse, 450 Golden Gate Avenue, San Francisco, to determine whether the proposed settlement is fair, reasonable, and adequate and should be finally approved.

6. The Notice to Class Members of Proposed Settlement shall be mailed to each of the 195 class members that have been identified by Oreck Corporation at the most current address that Oreck possesses for each such class member. The Court finds that mailing of individual Notices to each class member is the best notice practicable under the circumstances. ~~On or prior to the date of the Final Approval Hearing,~~ By no later than March 10, 2006 Oreck Corporation shall file proof that it mailed the Notice to each of the 195 class members and shall provide notification to the Court of any mailings that were returned as "undeliverable." The Notice to Class Members shall be mailed by no later than February 17, 2006.

7. Any person who wishes to be excluded from the Class must do so as provided in the Notice at least twenty-one (21) days prior to the date of the Final Approval Hearing. Any person who does not timely request exclusion as provided in the Notice shall be included in the Class and bound by any Final Judgment and Order entered in this Action by the Court.

8. Any Class Member who objects to the Settlement, the class action determination (including the determination of adequacy of representation), or who otherwise wishes to be heard, may appear in person or by his or her attorney at the Final Approval Hearing and present any evidence or argument that may be proper and relevant; *provided however*, that no person other than Plaintiff, Class Counsel, and counsel for Oreck Corporation shall be heard, and no papers,

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

LA #380657 v1/037171-2 -2- Case No.: C 05 02140 JSW
*[PROPOSED]* ORDER CERTIFYING SETTLEMENT CLASS, APPROVING SETTLEMENT ON A PRELIMINARY BASIS, AND APPROVING FORM AND METHOD OF MAILING NOTICE TO CLASS MEMBERS

1  briefs, pleadings or other documents submitted by any such person shall be received and
2  considered by the Court (unless the Court in its discretion shall otherwise direct, upon application
3  of such person and for good cause shown), unless no later than twenty one (21) days prior to the
4  Final Approval Hearing, such person files with the Clerk of Court (a) his or her written notice of
5  intention to appear, and (b) his or her written objections to any matter scheduled for hearing before
6  the Court.  Such written notices shall also be served at the same time upon the following counsel
7  by United States mail, first class, postage prepaid:

>    Irving L. Berg, Esq.
>    The Berg Law Group
>    433 Town Center, No. 493
>    Corte Madera, California 94925
>    Attorney for Plaintiff and Class
>
>    Frederick W. Bradley, Esq.
>    Oreck, Bradley, Crighton, Adams & Chase
>    1100 Poydras Street, Suite 1480
>    New Orleans, Louisiana 70163
>    Attorneys for Oreck Corporation

15  9.  Any person who fails to object in the manner prescribed above shall be deemed to
16  have waived such objection and shall be forever barred from raising such objection in the Action
17  or any other action or proceeding.

18  10.  The parties will file papers in support of the proposed Settlement with the Court
19  ~~seven (7)~~ 14 days prior to the Final Approval Hearing.

20  11.  This Order shall not be construed or deemed to be a finding of this Court or
21  evidence of a presumption, implication, concession, or admission by Oreck Corporation
22  concerning any liability, fault, or wrongdoing, nor shall it be a concession of the appropriateness
23  of class certification for any purposes other than settlement.  If the Agreement of Settlement is
24  terminated pursuant to its terms, or if the Settlement is not approved or consummated for any
25  reason whatsoever, the Settlement and all proceedings had in connection therewith shall be
26  without prejudice to the *status quo ante* rights of the parties to this action.  In that event, the
27  certification shall be disallowed, all of the rights of the parties shall be restored, including, but not

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

LA #380657 v1/037171-2                    -3-                    Case No.: C 05 02140 JSW
*[PROPOSED]* ORDER CERTIFYING SETTLEMENT CLASS, APPROVING SETTLEMENT ON A PRELIMINARY BASIS,
AND APPROVING FORM AND METHOD OF MAILING NOTICE TO CLASS MEMBERS

1  limited to Oreck's right to oppose certification of a class and/or the merits of the Plaintiff's claims
2  on any grounds, legal or equitable.
3
4  Dated: __January 25, 2006__                    _____/s/ Jeffrey S. White_____
5                                                 THE HONORABLE JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

Thelen Reid & Priest LLP
Attorneys at Law

LA #380657 v1/037171-2                    -4-                    Case No.: C 05 02140 JSW
*[PROPOSED] ORDER CERTIFYING SETTLEMENT CLASS, APPROVING SETTLEMENT ON A PRELIMINARY BASIS,
AND APPROVING FORM AND METHOD OF MAILING NOTICE TO CLASS MEMBERS*