1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA FABIANI,

      Plaintiff,

  v.

ORECK CORPORATION,

      Defendant.

_____/

No. C 05-02140 JSW

**NOTICE OF TENTATIVE
RULING AND QUESTIONS**

    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE
NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE
HEARING SCHEDULED ON MAY 12, 2006:

    The Court **tentatively GRANTS** the parties' request for final approval of class action
settlement.  The Court has reviewed the papers filed by the parties and, thus, does not wish to
hear the parties reargue matters addressed in those documents.  If the parties intend to rely on
authorities not cited in their briefs, they are ORDERED to notify the Court and opposing
counsel of these authorities reasonably in advance of the hearing and to make copies available at
the hearing.  If the parties submit such additional authorities, they are ORDERED to submit the
citations to the authorities only, without argument or additional briefing.  *Cf.* Civ. L.R. 7-3(d).
The parties will be given the opportunity at oral argument to explain their reliance on such
authority.

    The parties shall have fifteen minutes to address the following questions:

(1)    Do the parties have any objection to Cheri Mariotti's notice that she seeks to be excluded
from the class?

(2)     Is there anyone present who objects to the proposed settlement or wishes to be excluded from the class?

(3)     Do the parties have anything further to add?

Dated: May 11, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2