1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  433 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Facsimile)
4  irvberg@comcast.net (Email)

5  ATTORNEY for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO DIVISION

11
   CLAUDIA FABIANI, on behalf of herself     Case No.: C 05-2140 JSW
12 and all others similarly situated,
                                             [PROPOSED] ORDER GRANTING FINAL
13              Plaintiff,                    APPROVAL OF CLASS SETTLEMENT
   v.
14                                            Date: May 12, 2006
   ORECK CORPORATION,                        Time: 9:00 a.m.
15                                           Place: 450 Golden Gate Avenue 17th Floor,
                Defendant.                          San Francisco, CA
16 _____ /       Judge: Honorable Jeffrey S.White

17       This cause came before the Court on May 12, 2006, on the Joint Motion of Plaintiff,

18 Claudia Fabiani, on behalf of herself and all others similarly situated, and Defendant Oreck

19 Corporation for final approval of the Class Action Settlement Agreement.  The Plaintiff was

20 represented by Irving L. Berg, Esq.  Defendant was represented by Frederick W. Bradley of

21 Oreck, Bradley, Crighton, Adams & Chase along with David L. Aronoff  of Thelen Reid & Priest

22 LLP.  No class member or objector appeared at the hearing.  The Court, being fully advised of

23 the terms and conditions of the proposed Class Settlement, finds:

24       A.      Plaintiff and Defendant entered into a Class Action Settlement Agreement

25 ("Settlement Agreement") that was preliminarily approved by the Court on January 25, 2006

26 (Doc #62).

27       B.      The Settlement Agreement has been submitted to the Court for approval pursuant

28
   [PROPOSED] ORDER GRANTING FINAL
   APPROVAL OF CLASS SETTLEMENT
   CASE NO.: 05-2140 JSW                          1

1    to Rule 23(e) of the Federal Rules of Civil Procedure.

2           C.     Notice to the class in a form approved by the Court on January 25, 2006, was

3    mailed by Frederick W. Bradley, as shown by the Declaration of Frederick W. Bailey (Doc.

4    #66).  The class notice in the form approved by the Court on January 25, 2006, was mailed to

5    195 class members.  Twelve class notices were returned from the United States Postal Service as

6    undeliverable.

7           Pursuant to the Settlement Agreement:

8           1)     Plaintiff, as representative of the class, shall receive $3,000 in full

9    settlement and satisfaction of her individual claims pursuant to 15 U.S.C. §

10   1692k(a)(2)(B)(i), and as compensation for her services rendered to the class, as well as

11   the forgiveness of her alleged debt to Oreck Corporation;

12          2)     Oreck Corporation shall fully, finally, and completely forgive the debt of

13   each class member that was the subject of the allegedly offensive letter.  The debts owed

14   by such class members total approximately $45,000;

15          3)     Oreck shall fund all administration expenses related to the settlement,

16   including the costs required to provide notice of the settlement to the class;

17          4)     Oreck shall pay $15,000 to satisfy Plaintiff's reasonable attorney's fees

18   incurred in connection with this suit, subject to approval by the Court;

19          5)     Oreck shall pay Plaintiff's court costs in the amount of $277.05;

20          6)     Oreck shall change the form of its collection letter to eliminate any

21   implication that "Security Center Collection Services" is a third party that is not part of

22   Oreck Corporation, and it shall also eliminate any language to the effect that the debtor

23   has "waived" any rights under the FDCPA;

24          7)     Oreck agrees that it will not report any delinquency of any class member

25   for the amount of the debt released herein to any credit agency.

26          On approval of the settlement by the court, final judgments of dismissal will be entered,

27   with prejudice, and Plaintiff and all Class Members who have not timely excluded themselves

28

1   from this action, will be conclusively bound by the dismissal.

2           D.     The Court has been advised that no objections to the Settlement have been

3   received or motion to intervene has been received, though the following individuals have elected

4   to be excluded from the class:

5                Donna Osuna
               Cheri I. Mariotti

6

7           E.     The parties do not object to the exclusion of the aforesaid individuals from the

Class  Settlement.

8

9

IT IS HEREBY ORDERED:

10

11          1.     The Settlement Agreement is hereby approved.  The Court finds the settlement

12   negotiations were conducted at arms-length and in good faith among counsel for Plaintiff and

Defendant, and that the terms of the Settlement Agreement are fair, reasonable and adequate to

13   Plaintiff and all members of the classes.  In addition to the other factors stated herein, the Court

14   finds the Settlement Agreement to be particularly fair, adequate, and reasonable in light of the

15   risk of establishing liability and damages, and the expense of further litigation.

16

17          2.     The Court finds that the distribution of the Notice as provided for in the

18   Preliminary Approval Order constituted the best notice practicable under the circumstances to all

Persons within the definition of the Class, and fully met the requirements of Federal Rule of

19   Civil Procedure 23, any and all substantive and procedural due process rights guaranteed by the

20   United States Constitution, and any other applicable law.

21

22          3.     Plaintiff Claudia Fabiani and the Class Members are forever barred and enjoined

23   from initiating or further prosecuting in any forum whatsoever, including but not limited to any

Federal, State, or Foreign Court against Defendant and its heirs, current and former officers,

24   directors, successors, predecessors, executors, administrators, assigns, shareholders, affiliated

25   companies, attorneys and employees, any and all claims, controversies, liabilities, actions and/or

26   causes of action made in this litigation.  This release is conditioned upon the performance by

27   Defendant of its obligation toward Plaintiff and the class members as set forth in the Settlement

28   [PROPOSED] ORDER GRANTING FINAL
APPROVAL OF CLASS SETTLEMENT
CASE NO.: 05-2140 JSW           3

1   Agreement and detailed above.

2      4.     Within ten (10) days of the date of this Order, Oreck shall pay (a) $3,000 to

3   Plaintiff Claudia Fabiani.

4      5.     Within ten (10) days of the date of this Order, Oreck shall pay $15,000 as

5   reasonable attorney's fees and costs of $277.05 to Plaintiff's counsel. Plaintiff's counsel has

6   filed an application concurrently in support thereof which is acceptable to the Court.

7      6.     The following individuals are excluded from the class:

8             Donna Osuna
             Cheri I. Mariotti

9

10      7.     Without affecting the finality of the Judgment, the Court shall retain jurisdiction

11   of this case to enforce the terms of this Order, for a period of 180 days.

12

13   DATED: May 18, 2006

                                _Jeffrey S White_

14                              Jeffrey S. White
                             U. S. District Court Judge